Philip J. Mackey, Esq.

pmackey@lewisrice.com
314.444.1343 *(direct)*
314.612.1343 *(fax)*



Attorneys at Law

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101

www.lewisrice.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

February 24, 2020

**Via Electronic Case Filing**

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
6500 Pearl Street
New York, NY 10007

    Re:   *Lopez v. Build-a-Bear Workshop, et al.*,
           Case No. 1:19-cv-9907-LGS (S.D.N.Y.)

Dear Judge Schofield:

    The undersigned represents Defendant Build-A-Bear Workshop, Inc. ("Defendant") in the above-referenced matter. We write, jointly with counsel for Plaintiff Victor Lopez ("Plaintiff"), to propose a briefing schedule regarding Defendant's forthcoming motion to dismiss Plaintiff's Amended Complaint, which was filed on February 18, 2020.

    To this end, the Parties respectfully request that the Court enter the below schedule regarding Defendant's forthcoming motion to dismiss Plaintiff's Amended Complaint:

- Defendant shall file the motion and accompanying memorandum of law by **March 6, 2020**.

- Plaintiff shall file the opposition and accompanying memorandum of law by **March 20, 2020**.

- Defendant shall file the reply by **April 3, 2020**.

    The Parties thank the Court for its consideration as to the matters set forth herein.

                                       Very truly yours,

                                       /s/ Philip J. Mackey, Esq.

Defendant's motion to dismiss the original complaint is denied as moot. Defendant's request to file a motion to dismiss the First Amended Complaint is granted. Defendant shall file its motion and accompanying memorandum by March 6, 2020. Plaintiff shall file its Opposition by March 20, 2020. Defendant shall file its Reply by April 3, 2020.

The Clerk of Court is respectfully directed to close Docket Nos. 20 and 23.

SO ORDERED

Dated: February 25, 2020   New York, New York

                                                                  LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE