UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ,

                            Plaintiff,

              - against -

BUILD-A-BEAR WORKSHOP, INC.,

                            Defendant.

19 Civ. 9907

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Defendant filed a motion to dismiss the First Amended Complaint on March 6, 2020.  ECF 26.  The motion was fully briefed on April 17, 2020.  ECF 33;

WHEREAS, discovery concludes in this matter on July 15, 2020.  ECF 18.  It is hereby

**ORDERED** that discovery in this matter is STAYED pending the Court's adjudication of Defendant's motion to dismiss the First Amended Complaint.

Dated: June 8, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE