UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                          :

VICTOR LOPEZ,

                              Plaintiff      :        19 Civ. 9907 (LGS)

            -against-              :        ORDER

BUILD-A-BEAR WORKSHOP, INC.    :
                              Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 18, 2020, the Court issued an Opinion & Order granting Defendant's motion to dismiss the First Amended Complaint.  ECF 37;

       WHEREAS, the June 18, 2020, Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion."  *Id*.  It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case."  *Id*.;

       WHEREAS, the fourteen-day deadline has passed and Plaintiff has not sought leave to replead.  It is hereby

       **ORDERED** that this case is dismissed.  The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

Dated: July 3, 2020
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE